|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| COURTNEY T. JORDT,<br><br>      Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>      Defendant. | CASE NO. 3:16-CV-05837-JRC<br><br>ORDER GRANTING STIPULATED REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6. This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration. Dkt. 15.

After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and reverses and remands this matter to the Acting Commissioner.

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). If the Appeals Council does not issue a fully favorable decision, the Administrative Law Judge will reevaluate whether the plaintiff's impairments meet or equal a listing, with references to the specific requirements of the listings considered, as well as the evidence of record; reevaluate the medical source opinions, and explain the weight afforded to each of these opinions; reassess the claimant's residual functional capacity; and, if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

Following proper application, plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 *et seq*.

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 9th day of June, 2017.

J. Richard Creatura
United States Magistrate Judge